E-FILED
Thursday, 30 March, 2017  03:48:58 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| DARRIS DANIELS, | ) | |
| | ) | Case No. 4:16-cv-04208 |
| Plaintiff, | ) | |
| | ) | Judge Sara Darrow |
| v. | ) | Magistrate Judge Jonathan E. Hawley |
| | ) | |
| ERIK R. GIBSON, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT ERIK R. GIBSON'S RULE 12(b)(6)
MOTION TO DISMISS COMPLAINT**

Defendant, ERIK R. GIBSON (hereinafter "GIBSON"), by his attorneys BENCKENDORF & BENCKENDORF, P.C., pursuant to Fed. R. Civ. P. 12(b)(6), move to dismiss Plaintiff's Complaint with prejudice and, in support thereof, state:

1. On October 3, 2016, Plaintiff filed his Complaint against GIBSON, JAMES B. STEWART, MATTHEW P. KWACCALA, JOSHUA VERSLUYS, and KNOX COUNTY based on his prosecution stemming from his arrest on or around October of 2010.

2. At issue in this Motion to Dismiss is the Plaintiff's claims against GIBSON for malicious and retaliatory prosecution.

3. A motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) tests whether a plaintiff has properly stated a claim. Plaintiff is not required to state in detail all facts upon which a claim is based, he must allege sufficient facts to outline a cause of action. *McKay v. Town & Country Cadillac, Inc.,* 991 F. Supp. 966, 969 (N.D. Ill. 1997). Additionally, the complaint must plausibly suggest plaintiff's right to relief beyond speculation. *See Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007).

4. Plaintiff's malicious prosecution claim against GIBSON fails as a matter of law because GIBSON is absolutely immune for initiating and continuing a criminal prosecution, even if he acted maliciously and presented false and incomplete evidence in court. *Hobbs v. Cappelluti*, 899 F. Supp. 2d 738, 769 (N.D. Ill. 2012).

WHEREFORE, Defendant, ERIK R. GIBSON, respectfully requests this Court dismiss with prejudice all claims asserted against them pursuant to Fed. R. Civ. P. 12(b)(6).

                                          ERIK R. GIBSON, Defendant,

                                      BY:   /s/ Erik R. Gibson
                                                ERIK R. GIBSON
                                                ARDC No. 6292882

Benckendorf & Benckendorf, P.C.
Erik R. Gibson
101 NE Randolph Avenue
Peoria, Illinois 61606
Tel.: (309) 673-0797
Fax: (309) 673-8759
EGibson@Benckendorf.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION**

| | |
|---|---|
| DARRIS DANIELS, ) | |
| ) | Case No. 4:16-cv-04208 |
| Plaintiff, ) | |
| ) | Judge Sara Darrow |
| v. ) | Magistrate Judge Jonathan E. Hawley |
| ) | |
| ERIK R. GIBSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The motion of ERIK R. GIBSON to dismiss the above-entitled action for failure of Plaintiff to state a claim on which relief can be granted against defendant having been argued and submitted to the court; and the court having considered the Complaint on file, the arguments of respective counsel and the memoranda of law filed in support and in opposition, and good cause appearing;

It is ordered that:

1. The complaint of Plaintiff be and it is dismissed, without leave to file an amended complaint.

2. The above-entitled action be and it is dismissed with prejudice.

###